408 A.2d 539

Commonwealth v. Jackson, Appellant.

Submitted September 15, 1978.   Edmund J. Scacchitti, Assistant Public Defender, for appellant;   Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

408 A.2d 539

Commonwealth v. Jeffrey Johnson, Appellant.

John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant;  Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgments of sentence affirmed.